**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **NICHOLAS VALDEZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. CIV-09-237-R |
| | ) |
| **CORRECTIONS CORPORATION** | ) |
| **OF AMERICA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered September 8, 2009 [Doc. NO. 55]. No objection to the Report and Recommendation has been filed nor has an extension of time to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge [Doc. No. 55] is ADOPTED in its entirety. Defendants Figueroa and Schimmel's motion for summary judgment [Doc. No. 25] is granted, Count One of Plaintiff's Complaint against Defendants West and Harmon is dismissed without prejudice, Counts Two and Three of Plaintiff's Complaint are dismissed without prejudice, Plaintiff's motion for summary judgment [Doc. No. 37] is denied and Plaintiff's Request for Documentation and Transcripts [Doc. No. 31], Plaintiff's motion for appointment of counsel [Doc. No. 43], Defendants' request for extension of time within which to file an answer and response in opposition to Plaintiff's motion for summary judgment [Doc. No. 51] and Plaintiff's petition for disclosures [Doc. No. 54] are denied as moot.

IT IS SO ORDERED this 30th day of September, 2009.

*David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE